# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CUZICK, on behalf of himself, all others similarly situated, and the general public,<br>        Plaintiff,<br><br>vs.<br><br>ZODIAC U.S. SEAT SHELLS, LLC, a Delaware corporation; ZODIAC CABIN & STRUCTURES SUPPORT, LLC, a Delaware corporation; and DOES 1-50, inclusive,<br>        Defendants. | Case No.: 3:16-cv-03793-HSG<br><br>**ORDER TO FILE JOINT REPORT** |

## **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered Joint Stipulation of the Parties and Request for Continuance of Case Management Conference and Related Deadlines, this Court hereby ORDERS that the Court continue the (1) Case management Conference from October 11, 2016 to November 1, 2016 and (2) corresponding deadlines to file a Case Management Statement, Rule 26(f) Report, and exchange initial disclosures from October 4, 2016 to October 27, 2016.

//

4

1  IT IS SO ORDERED.

3  Dated:  September 30, 2016        By: _____
                                          Hon. Haywood S. Gilliam, Jr.