UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CUZICK, on behalf of himself, all others similarly situated, and the general public,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZODIAC U.S. SEAT SHELLS, LLC, a Delaware corporation; ZODIAC CABIN & STRUCTURES SUPPORT, LLC, a Delaware corporation; and DOES 1-50, inclusive,<br>　　　　Defendants. | Case No.: 3:16-cv-03793-HSG<br><br>[PROPOSED] ORDER TO DISMISS ZODIAC CABIN & STRUCTURES SUPPORT, LLC |

### ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Having considered the Joint Stipulation of the Parties and Request for [Proposed] Order Granting Dismissal of named Defendant Zodiac Cabin & Structures Support, LLC, this Court hereby ORDERS that Defendant Zodiac Cabin & Structures Support, LLC be dismissed from this case without prejudice.  The parties bear their own costs.  The caption in this case is to be edited accordingly.

　　IT IS SO ORDERED.

Dated:  　October 18 , 2016　　　　By: _____
　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

4