UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CUZICK, on behalf of himself, all others similarly situated , <br> Plaintiff(s) <br><br> v. <br><br> ZODIAC U.S. SEAT SHELLS, LLC, and Does 1-50, inclusive , <br> Defendant(s) | CASE No C 3:16-cv-03793-LB <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
Private mediation with Steve Rottman; parties to split the mediator's fees.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: After the parties have completed substantial discovery in this case.

Date: September 19, 2016     /s/ Shaun Setareh
                             Attorney for Plaintiff

Date: September 19, 2016     /s/ Cary G. Hunter
                             Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS

Date: 11/15/2016

**DENIED**
Judge Haywood S. Gilliam Jr.

_____ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 7-2016

American LegalNet, Inc.
www.FormsWorkFlow.com

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff Kyle Cuzick, whose electronic signature appears above, has concurred in this filing.

Dated: September 20, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Caryn Horner*
GREG LABATE
CARYN F. HORNER
Attorneys for Defendants
ZODIAC U.S. SEAT SHELLS, LLC