# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KYLE CUZICK, on behalf of himself, all others similarly situated,
      Plaintiff(s)

v.

ZODIAC U.S. SEAT SHELLS, LLC, and Does 1-50, inclusive,
      Defendant(s)

CASE No C 3:16-cv-03793- HSG

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
Private mediation with Steve Rottman; parties to split the mediator's fees.

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☒ other requested deadline: April 26, 2017 (This was the first date the mediator had available that both parties could attend.)

Date: November 21, 2016      /s/ Shaun Setareh
                                             Attorney for Plaintiff

Date: November 21, 2016      /s/ Caryn F. Horner
                                             Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 11/23/2016

*[Signature: Haywood S. Gilliam Jr.]*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 7-2016

