UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE CUZICK,

        Plaintiff,

   v.

ZODIAC U.S. SEAT SHELLS, LLC,

        Defendant.

Case No. 16-cv-03793-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 27

On November 28, 2016, the parties jointly submitted a proposed case schedule. Dkt. No. 27. The Court held a telephonic case management conference regarding the proposed schedule on December 6, 2016.

As discussed at the telephonic case management conference, the Court enters the following case schedule.

| Event | Deadline |
|---|---|
| Mediation | April 26, 2017 |
| Pre-Certification Discovery Deadline | May 19, 2017 |
| Certification Expert Disclosures | May 22, 2017 |
| Expert Discovery Deadline | June 21, 2017 |
| Class Certification Hearing | July 27, 2017 at 2:00pm |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 12/8/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge