Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
scott@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
Attorneys for Plaintiff, Kyle Cuzick,
on behalf of himself and all others similarly situated

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREG S. LABATE, Cal. Bar No. 149918
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130
Email: glabate@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN L. TAEUSCH, Cal. Bar No. 247708
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Email: staeusch@ sheppardmullin.com
Attorneys for Defendant Zodiac Seat Shells U.S., LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE CUZICK, on behalf of himself, all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ZODIAC U.S. SEAT SHELLS, LLC, and Does 1-50, inclusive,<br><br>        Defendant. | Case No. 4:16-cv-03793-HSG<br><br>**STIPULATION AND ORDER RE SETTLEMENT DEADLINES**<br><br>Complaint Filed: May 25, 2016<br>First Amended Complaint Filed: June 24, 2016 |

WHEREAS, in its Order Granting Motion for Preliminary Approval (Dkt. 45), the Court directed Plaintiff Kyle Cuzick and Defendant Zodiac Seat Shells U.S., LLC (the "Parties) to meet and confer and to stipulate to a schedule of dates for various settlement-related events;

WHEREAS, the Parties have met and conferred as directed and STIPULATE AND AGREE to the following schedule of dates for the events listed below:

| Event | Date |
| --- | --- |
| Deadline for Settlement Administrator to mail notice to all putative class members | November 25, 2017 |
| Filing deadline for attorneys' fees and costs motion | January 4, 2018 |
| Filing deadline for incentive payment motion | January 4, 2018 |
| Deadline for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | January 24, 2018 |
| Filing deadline for final approval motion | March 29, 2018 |
| Final fairness hearing and hearing on motions | May 3, 2018 |

IT IS SO STIPULATED.

Dated: October 19, 2017

SETAREH LAW GROUP

By  */s/ H. Scott Leviant*
H. Scott Leviant
Attorneys for Plaintiff KYLE CUZICK

Dated: October 19, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Stephen L. Taeusch*
Stephen L. Taeusch
Attorneys for Defendant ZODIAC SEAT SHELLS U.S. LLC

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the schedule of settlement-related deadlines set forth in the Parties' concurrently filed stipulation. The Court ORDERS that each event listed below occur no later than the corresponding date:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative class members | November 25, 2017 |
| Filing deadline for attorneys' fees and costs motion | January 4, 2018 |
| Filing deadline for incentive payment motion | January 4, 2018 |
| Deadline for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | January 24, 2018 |
| Filing deadline for final approval motion | March 29, 2018 |
| Final fairness hearing and hearing on motions | May 3, 2018 |

IT IS SO ORDERED.

Dated: October 20, 2017

_____
The Honorable Haywood S. Gilliam, Jr.