UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CUZICK,<br><br>    Plaintiff,<br><br>v.<br><br>ZODIAC U.S. SEAT SHELLS, LLC,<br><br>    Defendant. | Case No. 16-cv-03793-HSG<br><br>**ORDER DIRECTING SUPPLEMENTAL SUBMISSION ON MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 50 |

Plaintiff's counsel is directed to submit a supplemental declaration providing an explanation for its requested multiplier of 1.32 in its motion for attorneys' fees. *See* Dkt. No. 50 at 8 ("The multiplier necessary to reach the total requested compensation is approximately 1.31[9.]"). Pursuant to the Ninth Circuit's guidance in *Stetson v. Grissom*, plaintiff's counsel should either explain why the *Stetson* factors are satisfied in this case, or why a risk multiplier is warranted in the absence of those factors. *See Stetson,* 821 F.3d 1157, 1166 (9th Cir. 2016) ("The district court must apply a risk multiplier to the lodestar 'when (1) attorneys take a case with the expectation they will receive a risk enhancement if they prevail, (2) their hourly rate does not reflect that risk, and (3) there is evidence the case was risky.'"). The supplemental declaration must be submitted by May 24, 2018.

**IT IS SO ORDERED.**

Dated: 5/17/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge