SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREG S. LABATE, Cal. Bar No. 149918
CARYN F. HORNER, Cal. Bar No. 273500
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130
Email:        glabate@sheppardmullin.com
              chorner@sheppardmullin.com

PATRICIA M. JENG, Cal. Bar No. 272262
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3191
Email:        pjeng@sheppardmullin.com

Attorneys for Defendant
ZODIAC SEAT SHELLS U.S. LLC

Shaun Setareh (SBN 204514)
        shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
        scott@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:    (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiff KYLE CUZICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CUZICK, on behalf of himself, all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ZODIAC U.S. SEAT SHELLS, LLC, and Does 1-50, inclusive,<br><br>  Defendant. | Case No. 4:16-cv-03793-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br><u>CLASS ACTION</u><br><br>**JOINT JUDGMENT APPROVING CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: May 25, 2016<br>First Amended Complaint Filed: June 24, 2016 |

This matter coming before the Court on Plaintiff's Motion for Final Approval of Class Action Settlement (the "Final Approval Motion"), and after review and consideration of the parties' fully-executed Joint Stipulation of Settlement and Release ("Settlement"), the papers in support of the Final Approval Motion, Plaintiff's Motion for Attorneys' Fees and Costs, having heard the arguments of counsel during hearing on May 10, 2018 at which no objectors appeared, and the Court having issued an Order Granting in Part and Denying in Part Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs on May 29, 2018 (the "Final Order") (ECF No. 62), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Final judgment in this matter is hereby entered in conformity with the terms of the Settlement and the Final Order;

2. This case is hereby dismissed with prejudice;

3. Without affecting the finality of this Final Judgment in any way, this Court retains continuing jurisdiction over the implementation, interpretation, and enforcement of the Settlement with respect to all Parties to this action, and their counsel of record.

**IT IS SO ORDERED.**

Dated: 6/12/2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge